**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By: Sheila Raftery Wiggins, Esq.
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Telephone: +1 973 424 2055
Fax: +1 973 424 2001
E-mail: srwiggins@duanemorris.com
*Appointed Pro Bono Attorney for Plaintiff Pietro Parisi*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| PIETRO PARISI,<br><br>　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>LONNIE WIGGINS, et al.,<br><br>　　　　　　　Defendant. | 23-cv-372-(MCA)(CLW)<br><br>**NOTICE OF APPEARANCE** |

TO:　　Clerk of Court
All counsel of record (via ECF)

　　　　**PLEASE TAKE NOTICE** that Sheila Raftery Wiggins, Esq., of Duane Morris LLP hereby enters an appearance on behalf of Plaintiff Pietro Parisi and requests that copies of all papers in this action be served upon her.

　　　　　　　　　　　　　　　　　　**DUANE MORRIS LLP**
　　　　　　　　　　　　　　　　　　**A Delaware Limited Liability Partnership**

　　　　　　　　　　　　　　　　　　By: */s/ Sheila Raftery Wiggins*
　　　　　　　　　　　　　　　　　　　　Sheila Raftery Wiggins, Esq.
　　　　　　　　　　　　　　　　　　　　200 Campus Drive, Suite 300
　　　　　　　　　　　　　　　　　　　　Florham Park, NJ 07932
　　　　　　　　　　　　　　　　　　　　(973) 424-2055
　　　　　　　　　　　　　　　　　　　　SRWiggins@duanemorirs.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Pietro Parisi*

Dated: October 15, 2024