MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street - P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, Gillian Klos, Ronald Gonzalez, Meghan Madru and Dr. Doreen Stanzione ("DOH Defendants")

By:  Michael R. Sarno
     Deputy Attorney General
     609-376-3200
     Michael.Sarno@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PIETRO PARISI, JR.,<br><br>　Plaintiff,<br><br>v.<br><br>SCO LONNIE WIGGINS, et al.,<br><br>　Defendants. | CIVIL ACTION NO.: 2:23-cv-372-MCA-CLW<br><br><br>**AMENDED CONSENT SCHEDULING ORDER** |

**IT APPEARING THAT** during the Court's conference with the parties' counsel on April 30, 2025, Defendants' counsel requested an extension of the discovery deadlines, which it had raised with Plaintiff's counsel prior to that time, but Plaintiff's counsel did not provide full consent, and as it was discussed at the conference, with Plaintiff's counsel stating their objection, and the Court stated that

it would grant Defendants' request and directed the parties to meet and confer and submit a revised consent scheduling order (ECF No. 66),

**AND IT FURTHER APPEARING THAT** the parties have therefore consented in good faith to the entry of this order and the below discovery schedule to amend the November 22, 2024 Consent Scheduling Order entered in this matter (ECF No. 54),

**NOW, THEREFORE, IT IS ON THIS __9th__ day of June 2025, ORDERED THAT**

1. Written discovery and document productions in response to same shall be completed by **July 2, 2025**.

2. Depositions shall be completed by **October 1, 2025**. Depositions can be taken remotely if all parties consent. Also, Plaintiff shall provide the name(s) and CV of his expert(s) who will be serving a report(s) to opposing counsel by **October 1, 2025**.

3. Affirmative expert reports, if any, shall be served by **October 30, 2025**.  Rebuttal reports shall be served by **December 19, 2025**.

4. Expert discovery, inclusive of any depositions, shall be completed by **February 16, 2026**.

5. Dispositive motions, if any, are to be filed by **(to be determined)**.

6. A Zoom status call before the undersigned will be convened on **July 3, 2025, at 12:00 p.m.** (ECF No. 66).

*s/ Cathy L. Waldor*
Hon. Cathy L. Waldor, U.S.M.J.

3