DUGHI, HEWIT & DOMALEWSKI, P.C.

ATTORNEYS AT LAW

340 NORTH AVENUE EAST
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

508 NEW JERSEY AVENUE, SUITE B3
ABSECON, NEW JERSEY 08201
(609) 677-6996
TELECOPIER: (609) 677-6926

201 LITTLETON ROAD
MORRIS PLAINS, NJ 07950
(973) 206-2500
TELECOPIER: (973) 206-2501

RUSSELL L. HEWIT
CRAIG A. DOMALEWSKI
BRANDON D. MINDE*
CHARLES M. RADLER, JR.
HERBERT KRUTTSCHNITT III
SCOTT A. HALL
DARA L. SPIRO
LORI CIARROCCA DUFFY
KRISTIN M. CAPALBO
JENNIFER L. YOUNG
RACHEL M. SCHWARTZ
RICHARD S. PANITCH
BENJAMIN H. HAFTEL
TIMOTHY M. CRAMMER
DAVID J. BISHOP
TIMOTHY B. CRAMMER
STEWART A. CUNNINGHAM
JOSHUA A. FREEMAN

WILLIAM H. GAZI (1964-2001)
LAWRENCE WEISS (1961-2011)

SAM J. ROSENBERG
LAWRENCE H. JACOBS
SCOTT T. HELLER**
RAYMOND J. FLEMING
JAYNE E. TURNER
WAYNE E. PAULTER
RICHARD J. TAMN
JASON M. ALTSCHUL
NICHOLAS R. KORMANN

OF COUNSEL
LOUIS JOHN DUGHI, JR.
WILLIAM L'E. WERTHEIMER
VINCENT LE BLON
JUDY L. CREELMAN
MARY LOU DENNIS-SUCKOW
JAMES F. FERGUSON
ROBERT J. BRASS
MARIE SEITZ
LAURA P. BAKER
GLENN A. FARRELL
LINA D. O'KEEFE

CHRISTOPHER L. KLABONSKI
GABRIELA K. BALMASEDA
JANET J. GLORE
AMELIA R. LYTE
RACHEL M. BAUER
ALYSIA J. MACHLOVITZ
ALANNA M.C. NAMIT

* Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney
**Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

Reply to
Cranford Office

September 15, 2026

<u>Via Pacer Only</u>

Hon. Cari Fais, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**RE: Pietro Parisi, Jr. v. Lonnie Wiggins, et al.**
**Case No.: 2:23-cv-00372-MCA-CF**
**Our File No.: 18924**

Dear Judge Fais:

We represent Defendants, Corrections Officer Lonnie Wiggins ("Wiggins") and Corrections Officer Earl Walker ("Walker"), in the above-captioned case. Plaintiff, Pietro Parisi, Jr., is represented by Matthew M. Caminiti, Esq., of Duane Morris and Defendants, Ms. G. Klos, Mr. Gonzalez, Ms. Madru and Dr. Doreen Stanzione are represented by Michael Sarno, DAG.

As Your Honor is aware, we previously requested an adjournment of the September 2, 2026 settlement conference because we did not have settlement authority at that time. We now have authority to have a settlement dialogue and all parties believe that a settlement conference with the Court would be of assistance to the parties.

We thank Your Honor for your courtesy and consideration in this matter and all parties would request that this matter be scheduled for a virtual settlement conference with Your Honor at Your Honor's earliest convenience.

Respectfully submitted,
DUGHI, HEWIT & DOMALEWSKI, P.C.

/s/ Richard S. Panitch
Richard S. Panitch, Esq.
rpanitch@dughihewit.com

RSP/df
cc: All Counsel of Record via ECF