United States District Court
District of New Jersey
Civil Action No. 2:23-00372 (MCA) (CF)
*Parisi v. Wiggins, et al.*

PETITION FOR WRIT OF HABEAS CORPUS:

1. **PIETRO PARISI** is confined at The Adult Diagnostic Treatment Center, in Avenel, New Jersey.

2. Said individual will be required to attend **a Microsoft Teams settlement conference** from the The Adult Diagnostic Treatment Center before the Honorable Cari Fais, U.S.M.J. on **Monday, December 14, 2026 at 2:30 p.m.** in the above-referenced matter, in which he is the plaintiff, and a Writ of Habeas Corpus should be issued for that purpose.

---

ORDER FOR WRIT: Let the Writ Issue.

Date: September 16, 2026

s/ Cari Fais

Hon. Cari Fais
United States Magistrate Judge

---

WRIT OF HABEAS CORPUS: The United States of America to

Warden of The Adult Diagnostic Treatment Center in Avenel, New Jersey, NEW JERSEY STATE DEPARTMENT OF CORRECTIONS, THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEW JERSEY, WE COMMAND YOU to have the body of **PIETRO PARISI** now confined in The Adult Diagnostic Treatment Center in Avenel, New Jersey attend a **Microsoft Teams settlement conference** from The Adult Diagnostic Treatment Center on **Monday, December 14, 2026 at 2:30 p.m.** before the Hon. Cari Fais, U.S.M.J. in the above-referenced matter.

WITNESS the Honorable Cari Fais, United States Magistrate Judge at Newark, New Jersey.

Date: September 16, 2026

MELISSA E. RHOADS
Clerk of the U.S. District Court
For the District of New Jersey

Per: Jeannibe Abreu

Deputy Clerk

Cc: Pietro Parisi (regular mail)
Counsel of record (via CM/ECF)

**EXHIBIT A**

---

## Microsoft Teams meeting

**Join:**

https://teams.microsoft.com/meet/256025267812556?p=zML42Zght6EBV5EAoI

Meeting ID: 256 025 267 812 556

Passcode: LF3Do6Aa

---

Need help? | System reference

**Dial in by phone**

+1 973-437-5535,,86762151# United States, Madison

Find a local number

Phone conference ID: 867 621 51#

**Join on a video conferencing device**

Tenant key: teams@meet.vc.uscourts.gov

Video ID: 116 111 868 5

More info

For organizers: Meeting options | Reset dial-in PIN

---